IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT WOODWARD**  **PLAINTIFF**
**ADC # 166447**

v.   Case No. 4:25-CV-00834-JM

**DOES, et al.**  **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 10th day of December, 2025.

_____
UNITED STATES DISTRICT JUDGE